# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hans Hotel Management, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**205648149** | Last four digits of Soc. Sec.or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**4244 Brandywine Drive**<br>**Peoria, Illinois**<br>ZIP CODE **61614** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Peoria** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors (Consolidated with affiliates)**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets (Consolidated with affiliates)**

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities (Consolidated with affiliates)**

| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B 1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Hans Hotel Management, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) ||| 
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (4/10)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Hans Hotel Management, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X /s/ Matthew E. McClintock<br>Signature of Attorney for Debtor(s)<br>Matthew E. McClintock<br>Printed Name of Attorney for Debtor(s)<br>Goldstein & McClintock LLLP<br>Firm Name<br>One Magnificent Mile<br>980 N. Michigan Ave., Suite 1400<br>Chicago, IL 60611<br>Address<br>312.337.7700<br>Telephone Number<br>October 17, 2011<br>Date<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ [signature]<br>Signature of Authorized Individual<br><br>Pratixa Patel<br>Printed Name of Authorized Individual<br>Member & Authorized Officer<br>Title of Authorized Individual<br>October 17, 2011<br>Date | |

B 1 (Official Form 1) (4/10)

In re     Hans Hotel Management, Inc     ,     Case No. _____
Debtor

# FORM 1. VOLUNTARY PETITION

**Pending Bankruptcy Cases Filed by any Spouse, Partner, or Affiliate of this Debtor:**

On the date hereof, each of the affiliated entities listed below, including the Debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title of the United States Code in the United States Bankruptcy Court for the District of Delaware.

| Name of Debtor | Case No. / Relationship |
|---|---|
| **Hans Hotel Property, LLC** | **Affiliate** |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HANS HOTEL MANAGEMENT, INC, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 20 largest unsecured claims against the above-captioned debtor (the "*Debtor*"). This list has been prepared from the unaudited books and records of the Debtor. The list reflects amounts from the Debtor's books and records as of October 14, 2011.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtor's chapter 11 case. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

B 1 (Official Form 1) (4/10)

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION<br>PO BOX 740192<br>ATLANTA, GA 30374 | Loan obligation | | Unsecured deficiency amount unknown (collateral valued at $2.4 million) |
| IDOR-SALES TAX<br>ILLINOIS DEPT OF REVENUE<br>P. O. BOX 19019<br>SPRINGFIELD, IL 62794-9019 | Tax payment | | $24,384.23 |
| IRS-941<br>IRS<br>CINCINNATI, OH 45999 | Tax payment | | $23,850.35 |
| CHI – FRANCHISE<br>CHOICE HOTELS INTERNATIONAL<br>P. O. BOX 99992<br>CHICAGO, IL 60696 | Franchise fees. | | $21,654.76 |
| DIRECT ENERGY<br>1001 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Utility payment | | $6,641.46 |
| ARAMARK<br>25644 NETWORK PLACE<br>CHICAGO IL 60673-1256 | Utility payment | | $5,034.05 |
| HOTELIER PRODUCTS<br>P. O. BOX 64310<br>LUBBOCK, TX 79464 | Trade debt | | $4,265.00 |
| PREM SALES<br>6021 AVE A<br>LUBBOCK, TX 79404 | Trade debt | | $3,345.00 |
| HD SUPPLY<br>P. O. BOX 509058<br>SAN DIEGO, CA 92150 | Trade debt | | $3,025.42 |
| GREATER PEORIA SANITARY DISTRICT<br>2322 S. DARST ST<br>PEORIA, IL 61607 | Maintenance fee | | $2,776.10 |
| ILLINOIS AMERICAN WATER<br>P. O. BOX 94551<br>PALATINE, IL 60094 | Utility payment | | $1,418.70 |
| TRAVEL MEDIA GROUP<br>P. O. BOX 3828<br>NORFOLK, VA 23514 | Trade debt | | $1,404.00 |
| AMEREN ILLINOIS<br>P. O. BOX 66893<br>ST. LOUIS, MO 63166 | Utility payment | | $1,289.73 |
| AEM, INC<br>P. O. BOX 9346<br>PEORIA, IL 61612 | Trade debt | | $1,228.75 |
| DEX ONE<br>P. O. BOX 9001401<br>LOUISVILLE, KY 40290 | Trade debt | | $937.58 |
| K & L GATES LLP<br>ATTN: SVEN T. NYLEN<br>70 W MADISON ST SUITE 3100<br>CHICAGO, IL 60602 | Legal | | $622.50 |

B 1 (Official Form 1) (4/10)

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| CULLIGAN OF CENTRAL ILLINOIS<br>3701 N. SHERIDAN ROAD<br>PEORIA, IL 61614 | Trade debt | | $617.03 |
| ECOLAB<br>P. O. BOX 70343<br>CHICAGO, IL 60673 | Trade debt | | $507.46 |
| THYSSENKRUPP ELEVATOR CORP.<br>P O 933004 ATLANTA GA 31193-3004 | Trade debt | | $420.00 |
| THOMPSON ELECTRONICS COMPANY<br>905 S. BOSCH ROAD<br>PEORIA, IL 61607 | Trade debt | | $380.00 |

B 1 (Official Form 1) (4/10)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Pursuant to 28 U.S.C. § 1746, I, Pratixa Patel, a duly qualified officer declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: October 17, 2011

Pratixa Patel
Member & Authorized Officer

B 1 (Official Form) 1 (4/10)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| HANS HOTEL MANAGEMENT, INC, | ) | Case No. 11-_____ (___) |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3) and 7007.1, the following is a list of the Debtor's equity security holders that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Pratixa Patel | 4244 Brandywine Drive Peoria, IL 61614 | 85% |
| Sanjay Patel | 4244 Brandywine Drive Peoria, IL 61614 | 15% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Pratixa Patel, the undersigned authorized officer of Hans Hotel Management, Inc., named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: October 17, 2011

Pratixa Patel
Member & Authorized Officer

B 1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:  ) Chapter 11
        )
HANS HOTEL MANAGEMENT, INC,  ) Case No. 11-_____ (___)
        )
    Debtor.  )
        )
        )

## LIST OF CREDITORS

The Debtor filed a petition in this Court on October 17, 2011 for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of its respective petition, the Debtor filed a list of creditors as listed below.

## DECLARATION UNDER PENALTY OF PERJURY

I, Pratixa Patel, the undersigned authorized officer of Hans Hotel Management, Inc., named as the Debtor in this case, declare under penalty of perjury that I have reviewed the creditor list submitted herewith and that it is true and correct to the best of my information and belief.

Dated: October 17, 2011

_____
Pratixa Patel
Member & Authorized Officer

## LIST OF CREDITORS

| Vendor | Address |
|---|---|
| ACH DEBIT AMERICAN EXPRESS | P.O. BOX 981540, EL PASO, TX 79998-1540 |
| ACH DEBIT DISCOVER NETWORK SETTLEMENT | P.O. BOX 6103, CAROL STREAM, IL 60197-6103 |
| ACH DEBIT MERCHANT BANKCD | P.O. BOX 53852, PHOENIX, AZ, 85072 |
| ADP PAYROLL SERVICES. | 1 ADP BOULEVARD # 1, ROSELAND, NJ 07068-1728 |
| ADT SECURITY SERVICES | P.O. BOX 672279, DALLAS, TX 75267 |
| AEM, INC | P.O. BOX 9346, PEORIA, IL 61612 |
| AMEREN ILLINOIS | P.O. BOX 66893 ST. LOUIS, MO 63166 |
| AMERICAN EXPRESS | P.O. BOX 53852 PHOENIX, AZ 85072 |
| AMERICAN HOTEL REGISTER COMPANY | 16458 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693 |
| ARAMARK | 25644 NETWORK PLACE, CHICAGO, IL 60673-1256 |
| AT&T | P.O. BOX 8100 AURORA, IL 60507 |
| BRIGHT YELLOW PAGES | P.O. BOX 15132 WILMINGTON, DE 19850 |
| CAPITAL SOURCE BANK | 7175 COLUMBIA GATEWAY DR, COLUMBIA, MD 21046 |
| CARTRIDGE WORLD | 4620 N. UNIVERSITY ST., PEORIA, IL 61614 |
| CDI | 6387 CANADIAN CROSS DRIVE, SPRINGFIELD, IL 62711 |
| CHI - FRANCHISE | P.O. BOX 99992, CHICAGO, IL 60696 |
| CHI - TR. AGENCY | 10592 COLUMBIA PIKE, SILVERSPRING, MD 20901 |
| CINTAS | 97627 EAGLE WAY, CHICAGO, IL 60678 |
| CITY OF PEORIA | 419 FULTON ST RM 111, Peoria, IL 61602 |
| COMCAST | P.O. BOX 3002, SOUTHEASTERN, PA 19398 |
| CREATIVE BREAKFAST CONCEPTS, INC. | 1401 S. LEAVITT AVE, ORANGE CITY, FL 32763 |
| CULLIGAN OF CENTRAL ILLINOIS | 3701 N. SHERIDAN ROAD, PEORIA, IL 61614 |
| DEPARTMENT OF EMPLOYMENT SECURITY | 33 SOUTH STATE ST, CHICAGO, IL 60603 |
| DEX ONE | P.O. BOX 9001401, LOUISVILLE, KY 40290 |
| DIRECT ENERGY | 1001 LIBERTY AVE, PITTSBURGH, PA 15222 |
| DOW JONES & COMPANY | P.O. BOX 30, CHICOPEE, MA 01021-9983 |
| ECOLAB | P.O. BOX 70343, CHICAGO, IL 60673 |
| ECOLAB PEST ELIMINATION | P.O. 6007, GRAND FORKS, ND 58206 |
| ERADICO SERVICES, INC. | 41169 VINCENTI CT. NOVI, MI 48375 |
| ERIE INSURANCE | 100 ERIE INSURANCE PLACE, ERIE, PA 16530 |
| FEDERATED CAPITAL CORPORATION | 30955 NORTH WESTERN HIGHWAY, FARMINGTON HILLS, MI 48334 |
| GETZ FIRE EQUIPMENT | 1615 S.W. ADAMS ST, PEORIA, IL 61602 |
| GREATER PEORIA SANITARY DISTRICT | 2322 S. DARST ST, PEORIA, IL 61607 |
| HANS HOTEL MANAGEMENT INC. | 4244 BRANDYWINE DRIVE, PEORIA, IL 61614 |
| HD SUPPLY | P.O. BOX 509058, SAN DIEGO, CA 92150 |
| HOTELIER PRODUCTS | P.O. BOX 64310, LUBBOCK, TX 79464 |
| IDOR | 101 WEST JEFFERSON ST. SPRINGFIELD, IL 62702 |
| IDOR-941 | P.O. BOX 19447, SPRINGFIELD, IL 62794 |
| ILL. AM. WATER XX28 | P.O. BOX 94551, PALATINE, IL 60094 |
| ILL. AM. WATER XX93 | P.O. BOX 94551, PALATINE, IL 60094 |
| IN THE SWIM | P.O. BOX 3148, BUFFALO, NY 14240 |
| IRS-940 | IRS CINCINNATI OH 45999 |
| IRS-941 | IRS CINCINNATI OH 45999 |
| JDL LIGHTING & ELECTRIC | 4809 W. FARMINGTON ROAD, PEORIA, IL 61604 |
| K & L GATES LLP | 70 W. MADISON ST SUITE 3100, CHICAGO, IL 60602 |
| MCQUELLON CONSULTING, INC. | 5901 W. KNOXVILLE AVE SUITE 2, PEORIA, IL 61614 |
| NEIS ELEVATOR | 10855 METRO COURT #B, MARYLAND HEIGHTS, MO 63043-2420 |
| OBERLANDER ELECTRIC | 2101 N. MAIN ST, EAST PEORIA, IL 61611 |
| PAYCOR INC | 644 LINN ST SUITE 200, CINCINNATI, OH 45203 |
| PDC SERVICES INC | P.O. BOX 805935, CHICAGO, IL 60680 |

| | |
|---|---|
| PEORIA COUNTY COLLECTOR | P.O. BOX 1925, PEORIA, IL 61656-1925 |
| PLI CARDS | 605 SWEETEN CREEK INDUSTRIAL PARK, ASHEVILLE, NC 28803 |
| PNC BANK | P.O. BOX 856177, LOUISVILLE, KY 40285 |
| PREM SALES | 6021 AVE A, LUBBOCK, TX 79404 |
| RELIABLE TAX & BOOKKEEPING SERVICE | 2004 NEEDMORE ROAD, DAYTON, OH 45414-4142 |
| SBA | P.O. BOX 740192, ATLANTA, GA 30374 |
| SEAN CAMPBELL/CAMPBELL PLUMBING | 1632 W. LATHAM LANE, PEORIA, IL 61614 |
| SECRETARY OF STATE | SECRETARY OF STATE OF ILLINOIS DEPT OF BUSINESS SERVICES, 501 S 2ND ST, SPRINGFIELD, IL 62756 |
| STATE FIRE MARSHAL | STATE FIRE MARSHAL DIVISION OF ELEVATOR SAFETY P.O. BOX 3332, SPRINGFIELD, IL 62708-3332 |
| SYSCO GUEST SUPPLY | P.O. BOX 910, MONMOUTH JUNCTION, NJ 08852-0910 |
| THOMPSON ELECTRONICS COMPANY | 905 S. BOSCH ROAD, PEORIA, IL 61607 |
| THYSSENKRUPP ELEVATOR CORP. | P.O. BOX 933004, ATLANTA, GA 31193-3004 |
| TRAVEL MEDIA GROUP | P.O. BOX 3828, NORFOLK, VA 23514 |
| TRUGREEN | 301 N COMMERCE PLACE, PEORIA, IL 61604 |
| USA TODAY | 305 SEABOARD LANE STE 31, FRANKLIN, TN 37067 |
| VONAGE AMERICA | 23 MAIN STREET, HLMDEL, NJ 07733 |

B 1 (Official Form 1) (4/10)

# RESOLUTIONS
# OF
# THE BOARD OF DIRECTORS
# OF
# HANS HOTEL MANAGEMENT INC.
(an Illinois corporation)

**Effective as of October 17, 2011**

The undersigned, being all of the members of the board of directors (the "*Board*") of Hans Hotel Management, Inc., an Illinois corporation (the "*Corporation*"), hereby consent in writing to the following resolutions, with the intention that such actions will have the same force and effect as if taken by a vote of the Board at a meeting duly called and held.

WHEREAS, the members of the Board have considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officers (as defined herein) upon the advice of counsel (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Pratixa Patel (the "*Authorized Officer*") is hereby authorized and directed, on behalf of the Corporation, to execute the Petition or authorize the execution of a filing of the Petition by the Corporation and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officer considers appropriate. Any and all officers of the Corporation previously appointed or named, other than the Authorized Officer, are hereby removed and from this date forward the Authorized Officer shall be the only person permitted to act on behalf of the Corporation;

RESOLVED FURTHER, the Authorized Officer is hereby authorized to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business;

RESOLVED FURTHER, that the Authorized Officer is authorized, directed, and empowered on behalf of and in the name of the Corporation to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officers may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Corporation, and upon advice of counsel, to employ other professionals for the Corporation in the Corporation's chapter 11 case, if necessary;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Corporation, and upon advice of counsel, to employ a notice, claims, and balloting agent for the Corporation in the Corporation's chapter 11 case, if necessary;

RESOLVED FURTHER, that the Authorized Officer, and any employees or agents (including counsel) designated by or directed by such Authorized Officer, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of the Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Corporation's chapter 11 case, to effectuate the restructuring of the Corporation's debt, other obligations, organizational form and structure, and ownership of the Corporation and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

**General Authorization**

RESOLVED FURTHER, that the Authorized Officer of the Corporation be, and hereby is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officer approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Officer of the Corporation;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Officer of the Corporation is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Officer of the Corporation in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

**[Signature Page Follows]**

IN WITNESS WHEREOF, the undersigned, constituting all of the directors of the Corporation, have executed this Action by Unanimous Written Consent as of the date first written above.

_____
Pratixa Patel

_____
Sanjay Patel